UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED IN OPEN COURT
12-3-14
Julie A. Richards, Clerk
US District Court
Eastern District of NC

CASE NO: 2316392

UNITED STATES OF AMERICA

V.

LIBBADO, Merino

DISMISSAL ORDER

The GOVERNMENT moves for dismissal of the captioned case without prejudice for the following reason:

☐ Compliance

☐ Completed Driver Improvement Training

☐ Proof of Safe Driving Record

☒ Prosecutorial Discretion: Unlawful taking of fish - Individual was not aware that he was not allowed to take fish

Offenses:

Category:

Initial Docket Date: 12/3/2014

Submitted on _____

JOHN T. BENNETT
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

This 3 day of December, 2014.

United States Magistrate Judge